**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6522**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENYATTA HASANI ADAMS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:07-cr-00113-RGD-JEB-1)

Submitted: August 26, 2010          Decided: September 2, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenyatta Hasani Adams, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenyatta Hasani Adams appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Adams, No. 2:07-cr-00113-RGD-JEB-1 (E.D. Va. filed Feb. 24, 2010 & entered Feb. 26, 2010); see also Dillon v. United States, 130 S. Ct. 2683, 2693-94 (2010) (holding that United States v. Booker, 543 U.S. 220 (2005), does not apply to § 3582(c)(2) proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED